UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ADOBE SYSEMS INCORPORATED,<br><br>        Plaintiff(s),<br><br>vs.<br><br>JOSHUA CHRISTENSON, et al.,<br><br>        Defendant(s). | 2:10−cv−00422−LRH−LRL<br><br>MINUTE ORDER<br><br>March 29, 2010 |

PRESENT:
The Honorable   Larry R. Hicks  , U.S. District Judge

Deputy Clerk:   Eileen Sterba          Recorder/Reporter:  None Appearing

Counsel for Plaintiff(s):  None Appearing      Counsel for Defendant(s):  None Appearing

   The above−entitled action was received on March 25, 2010 pursuant to a court order directing transfer from the ND/CA and assigned case number 2:10−cv−00422−LRH−LRL . All future documents filed with this court shall bear said correct case number.

   IT IS ORDERED that all non−resident counsel shall file a Verified Petition, Motion for Permission to Practice in This Case form on or before **05/13/2010**. Forms made available on our website at www.nvd.uscourts.gov.

   IT IS FURTHER ORDERED that counsel shall have to and including **04/28/2010**, within which to file a Joint Status Report which shall:

   1. Set forth the current status of this action, including a list of pending motions and/or other matters requiring the attention of this Court.

   2. Include a statement by counsel of action required to be taken by this Court.


                                        LANCE S. WILSON, CLERK

                                        By: /s/ Eileen Sterba
                                                Deputy Clerk