J. Andrew Coombs (CA SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 10792/CA SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Professional Corporation
517 East Wilson Avenue, Suite 202
Glendale, California  91206
Telephone:     (818) 500-3200
Facsimile:      (818) 500-3201

Designated Counsel:
Bryce K. Earl (SBN 7685)
*bearl@nevadafirm.com*
James D. Boyle (SBN 8384)
*jboyle@nevadafirm.com*
Kimberly J. Cooper (SBN 9533)
*kcooper@nevadafirm.com*
Santoro, Driggs, Walch, Kearney, Holley & Thompson
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:     (702) 791-0308
Facsimile:      (702) 791-1912

Attorneys for Plaintiff
Adobe Systems Incorporated

Lisa A. Rasmussen (SBN 207026)
*lisa@lrasmussenlaw.com*
Law Office of Lisa Rasmussen
616 South 8th Street
Las Vegas, Nevada 89101
Telephone:     (702) 471-1436
Facsimile:      (702) 471-6540

Attorney for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| Adobe Systems Incorporated, | ) | Case No. 2:10-cv-00422-LRH-LRL |
|---|---|---|
| Plaintiff, | ) | JOINT STIPULATION REGARDING GOOGLE SUBPOENA PRODUCTION; [PROPOSED] ORDER |
| v. | ) | |
| Joshua Christenson, et al., | ) | |
| Defendants. | ) | |

Adobe v. Christenson, et al.:  Joint Stipulation re Google Subpoena Production; [Proposed] Order   - 1 -

TO THE COURT:

Plaintiff Adobe Systems Incorporated ("Plaintiff" or "Adobe") and Defendants Joshua Christenson, an individual and d/b/a www.softwaresurplus.com, and Software Surplus Inc. (collectively "Defendants") hereby stipulate and agree as follows:

WHEREAS Plaintiff served a subpoena upon Google, Inc. ("Google") on or about September 2, 2010;

WHEREAS Defendants brought their "Emergency Motion to Quash Subpoena Issue to Non-Party Custodian of Records Google, Inc." on or about September 29, 2010;

WHEREAS the Parties stipulate and agree to resolve the dispute concerning the Google subpoena as follows:

1. The Parties agree to have the responsive documents from Google be produced to counsel for Defendants first for designations pursuant to the Protective Order entered in this matter and for possible redactions within fourteen (14) calendar days upon receipt by Defendants' counsel of the documents from Google;

2. That any unredacted portions of the responsive documents be produced to Plaintiff's counsel within fourteen (14) calendar days upon receipt by Defendants' counsel of the documents from Google;

3. That if Defendants' counsel proposes to make any redactions, she shall send a log of any such proposed redactions with stated objections to Plaintiff's counsel within fourteen (14) calendar days; and

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Adobe v. Christenson, et al.:  Joint Stipulation re Google Subpoena Production; [Proposed] Order - 2 -

4. That if any redactions are challenged by Plaintiff, Defendants will submit the challenged redactions for *in camera* review before Magistrate Judge Foley.

IT IS SO STIPULATED.

DATED:  February 4, 2011         J. Andrew Coombs, A Professional Corp.

By: ___/s/ Annie S. Wang____
    J. Andrew Coombs
    Annie S. Wang
Attorneys for Plaintiff Adobe Systems Incorporated

DATED:  February 4, 2011         Law Office of Lisa Rasmussen

By: ___/s/ Lisa A. Rasmussen_____
    Lisa A. Rasmussen
Attorney for Defendants Joshua Christenson, an individual and d/b/a www.softwaresurplus.com, and Software Surplus Inc.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  February 7, 2011

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I certify that on the 4th day of February, 2011, I caused the documents entitled JOINT STIPULATION REGARDING GOOGLE SUBPOENA PRODUCTION; [PROPOSED] ORDER to be served as follows:

| Attorneys of Record | Party Represented | Method of Service |
|---|---|---|
| Lisa A. Rasmussen<br>lisa@lrasmussenlaw.com<br>Law Office of Lisa Rasmussen<br>616 South 8th Street<br>Las Vegas, Nevada 89101 | Defendants, Counter Plaintiffs, and Third Party Plaintiffs Joshua Christenson, an individual and d/b/a www.softwaresurplus.com; Software Surplus Inc. | ☐ Personal Service<br>■ Email/E-File<br>☐ Fax Service<br>☐ Mail Service |
| Robert L. Langford, Esq.<br>Robert L. Langford & Associates<br>616 South 8th Street<br>Las Vegas, NV 89101 | Defendants, Counter Plaintiffs, and Third Party Plaintiffs Joshua Christenson, an individual and d/b/a www.softwaresurplus.com; Software Surplus Inc. | ☐ Personal Service<br>☐ Email/E-File<br>☐ Fax Service<br>■ Mail Service |

DATED this 4th day of February, 2011.

_____
Katrina Bartolome