# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, ) | |
| Plaintiff, ) | Case No. 2:10-cv-00422-LRH-GWF |
| vs. ) | **ORDER** |
| JOSHUA CHRISTENSON, *et al.*, ) | Motion to Extend (#101) |
| Defendants. ) | |
| AND RELATED CLAIMS. ) | |

This matter is before the Court on Defendants' Motion to Enlarge Deadline to File Reply to Motion to Compel (#101), filed March 24, 2011. Pursuant to Fed.R.Civ.P. 6(b) and LR 6, extensions of time may be granted for good cause shown. Defendants request an enlargement of time until March 28, 2011 to file their Reply in support of Defendants' Motion to Compel (#85). Upon review and consideration, Defendants have shown good cause for an extension. Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Enlarge Deadline to File Reply to Motion to Compel (#101) is **granted**. Defendants shall have until **March 28, 2011** to file their Reply in support of Defendants' Motion to Compel.

DATED this 25th day of March, 2011.

*/s/ George Foley Jr.*
GEORGE FOLEY, JR.
U.S. MAGISTRATE JUDGE