UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, ) | |
| Plaintiff, ) | Case No. 2:10-cv-00422-LRH-GWF |
| vs. ) | **ORDER** |
| JOSHUA CHRISTENSON, *et al.*, ) | |
| Defendants. ) | |
| AND RELATED CLAIMS. ) | |

      This matter is before the Court on Plaintiff's Renewed Motion to Compel Defendants' Discovery Responses and Production of Documents and Request for Sanctions (#103), filed on March 28, 2011; Defendants' Opposition to Plaintiff's Renewed Motion to Compel (#120), filed April 14, 2011; and Plaintiff's Reply in Support of its Motion to Compel (#131), filed April 27, 2011. The Court conducted hearings in this matter on May 10, 2011 and May 26, 2011.

      The Court was advised by the parties at the hearing on May 26, 2011 that all issues regarding this motion have now been resolved with the exception of the production of relevant business records regarding Defendants which Plaintiff is seeking to obtain pursuant to a subpoena issued to Google, Inc. The Court authorized the Plaintiff to proceed, as necessary, with a motion to compel against Google, Inc. to be filed in the United States District Court for the Northern District of California. Accordingly,

. . .

. . .

. . .

1    **IT IS HEREBY ORDERED** that Plaintiff's Renewed Motion to Compel Defendants'
2    Discovery Responses and Production of Documents and Request for Sanctions (#103) is **vacated**,
3    without prejudice.
4    DATED this 31st day of May, 2011.

_____
GEORGE FOLEY, JR.
U.S. MAGISTRATE JUDGE