UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>       Plaintiff,<br><br>v.<br><br>JOSHUA CHRISTENSON, et al.,<br><br>       Defendants.<br><br>AND RELATED CLAIMS. | 2:10-CV-00422-LRH-GWF<br><br>ORDER |

      Before the court are: (1) Plaintiff's first Motion for Leave to Supplement Plaintiff's Motion for Summary Judgment on Plaintiff's Claims with Recently Filed Ninth Circuit Authority (#154), along with Defendants' opposition (#155), and Plaintiff's reply (#156); and (2) Plaintiff's second Motion for Leave to Supplement Plaintiff's Motion for Summary Judgment on Plaintiff's Claims with Recently Filed Ninth Circuit Authority (#157), along with Defendants' opposition (#158), and Plaintiff's reply (#159).

      Plaintiff's first motion requests the court to consider the Ninth Circuit's recently-filed decision *Apple Inc. v. Psystar Corp.*, --- F.3d ----, 2011 WL 4470623 (9th Cir. Sept. 28, 2011), and to grant additional briefing on how the decision impacts the parties' pending motions for summary judgment. Plaintiff's second motion requests the court to consider the Northern District of California's recent decision in *Adobe Systems Inc. v. Kornrumpf*, 2012 U.S. Dist. LEXIS 12228

(N.D. Cal. Feb. 1, 2012). Defendants do not necessarily oppose the court's consideration of these new authorities, but they do oppose Plaintiff's request for supplemental briefing and disagree with Plaintiff's position regarding the application of these authorities to the matter before the court.

The court shall grant Plaintiffs' motions to the extent that the court will consider the recently filed authorities. However, Plaintiff's request for supplemental briefing shall be denied.

IT IS THEREFORE ORDERED that Plaintiff's first Motion for Leave to Supplement Plaintiff's Motion for Summary Judgment on Plaintiff's Claims with Recently Filed Ninth Circuit Authority (#154) is GRANTED in part and DENIED in part.

IT IS FURTHER ORDERED that Plaintiff's second Motion for Leave to Supplement Plaintiff's Motion for Summary Judgment on Plaintiff's Claims with Recently Filed Ninth Circuit Authority (#157) is GRANTED.

IT IS SO ORDERED.

DATED this 30th day of March, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE