AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Adobe Systems Incorporated,

                Plaintiff,

V.

Joshua Christenson, et al.,

                Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:10-cv-00422-LRH -GWF

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of Defendants Joshua Christenson and Software Surplus, Inc. and against Plaintiff Adobe Systems Incorporated as to Adobe's trademark and copyright claims.

October 17, 2012

Date

/s/ Lance S. Wilson

Clerk

/s/ Erin Smith

(By) Deputy Clerk