# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ADOBE SYSTEMS, INC., ) | 2:10-cv-00422-LRH-(GWF) |
| ) | C/A #: 12-17371 |
| Plaintiff/Counter-defendant/Appellant, ) | |
| ) | ORDER ON MANDATE |
| vs. ) | |
| ) | |
| JOSHUA CHRISTENSON, an individual, DBA ) | |
| www.softwaresurplus.com and ) | |
| SOFTWARE SURPLUS, INC., ) | |
| ) | |
| Defendants/Counter-claimants/Appellees. ) | |
| ) | |
| vs. ) | |
| ) | |
| SOFTWARE PUBLISHERS ASSOCIATION, ) | |
| DBA Software Information Industry Association, ) | |
| ) | |
| Third-party-defendant. ) | |
| ) | |

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on January 22, 2016, issued its mandate affirming the judgment, and the Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

The Court also notes the stipulation filed by the parties in this action regarding the scheduling order and a request for settlement conference (doc. #191). The stipulation is acceptable to the Court and appears to be a reasonable proposal relative to a settlement conference at the earliest opportunity and that the Court require the submission of the parties' proposed joint pretrial order. Good cause

appearing,

IT IS ORDERED that this case is referred to The Honorable Robert A. McQuaid, Jr., for the purpose of conducting a settlement conference.

IT IS FURTHER ORDERED that the proposed joint pretrial order in compliance with Local Rules 16-3 and 16-4 shall be submitted within sixty (60) days of the settlement conference before the Honorable Robert A. McQuaid, Jr.

IT IS SO ORDERED.

DATED this 9th day of March, 2016.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE