**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| ADOBE SYSTEMS INCORPORATED | Case No.: 2:10-CV-0422-LRH-GWF |
|---|---|
| PLAINTIFF,<br>VS.<br>JOSHUA CHRISTENSON, ET AL.<br>DEFENDANTS. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| DEFENDANTS' COUNTERCLAIM | |
| DEFENDANTS' THIRD PARTY COMPLAINT. | |

1

COME NOW the parties, Plaintiff and Counter-Defendant ADOBE SYSTEMS INCORPORATED, by the through its counsel, Robert H. Smeltzer, Esq. of the law firm of Lowis & Gellen LLP, and its local counsel, Jay Young, Esq., of the law firm of Howard & Howard; Defendants, Counterclaimants, and Third-Party Plaintiffs JOSHUA CHRISTENSON and SOFTWARE SURPLUS, INC., by and through their counsel, Lisa A. Rasmussen, Esq., of the Law Office of Lisa Rasmussen, PC; and Third-Party Defendant SOFTWARE PUBLISHERS ASSOCIATION D/B/A SOFTWARE INFORMATION INDUSTRY ASSOCIATION, by and through its counsel, J. Andrew Coombs, Esq., of the law firm of J. Andrew Coombs, PC, and its local counsel Bryce K. Earl, Esq., and James D. Boyle, Esq., of the law firm of Holley, Driggs, Walch, Fine, Wray, Puzey & Thompson, and hereby stipulate and agree as follows:

1.   The above entitled action shall be dismissed with prejudice; and

2.   Each party shall bear its own attorney's fees and costs.

IT IS SO STIPULATED.

DATED: September 21, 2016.

**LAW OFFICE OF LISA A. RASMUSSEN, PC**

    /s/ Lisa A. Rasmussen
_____
LISA A. RASMUSSEN, ESQ.
Attorneys for Joshua Christenson
and Software Surplus, Inc.

**LOWIS & GELLEN, LLP**

    /s/ Robert H. Smeltzer
_____
ROBERT H. SMELTZER, ESQ.
Attorneys for
Adobe Systems Incorporated

**HOWARD & HOWARD**

    /s/ Jay Young
_____
JAY YOUNG, ESQ.
Local Counsel for
Adobe Systems Incorporated

**J. ANDREW COOMBS, PC**

    /s/ J. Andrew Coombs
_____
J. ANDREW COOMBS, ESQ.
Attorneys for Software Publishers
Association d/b/a Software Information
Industry Association

**HOLLEY, DRIGGS, WALCH, FINE, WRAY, PUZEY & THOMPSON**

　　*/s/ James D. Boyle*
_____
BRYCE K. EARL, ESQ.
JAMES D. BOYLE, ESQ.
Local Counsel for Software Publishers Association d/b/a Software Information Industry Association

**ORDER**

　　Upon the Stipulation of the Parties, and good cause appearing,

　　IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice, with each party to bear its own attorney's fees and costs.

　　DATED this 22nd day of September, 2016.

IT IS SO ORDERED

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE